MODEL FORM FOR USE IN APPLICATIONS
FOR HABEAS CORPUS UNDER
28 U.S.C. § 2254

FILED
U.S. DISTRICT
EASTERN DISTRICT OF LA
2002 DEC -4 PM 3: 15
LORETTA G. WHYTE
CLERK

Name: Bernell Juluke, Jr.
Prison number: 388921
Place of confinement: Hunts Correctional Institute
　　　　　　　　　　　P.O. Box 174, B-1C
　　　　　　　　　　　St. Gabriel, Louisiana 70776

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BERNELL JULUKE, JR. | *  C.A. No.  **02-3582** |
| vs. | *  Section " ", Mag. **SECT. N MAG. 1** |
| BURL CAIN, Warden | * |
| Louisiana State Penitentiary at Angola, | * |
| and RICHARD P. IEYOUB, Office of | * |
| Attorney General, Baton Rouge, | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY

Instructions--Read Carefully

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the



institution. If your prison account exceeds $_____, you must pay the filing fee as required by the rule of the district court.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court whose address is ___ ___

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack:
   Criminal District Court for the Parish of Orleans, State of Louisiana

2. Date of judgment of conviction: COMMITMENT ORDER SIGNED: April 26, 1996.

3. Length of sentence: LIFE IMPRISONMENT, WITHOUT PAROLE OR PROBATION

4. Nature of offense involved (all counts): SECOND DEGREE MURDER_____
   _____
   _____
   _____

5. What was your plea? (Check one)
   (a) Not guilty [x]
   (b) Guilty [ ]
   (c) Nolo contendere [ ]

   If you entered a guilty plea to one count or indictment, and a not guilty
   plea to another count or indictment, give details: _n/a_____
   _____
   _____

6. Kind of trial: (Check one)
   (a) Jury [x]
   (b) Judge only [ ]

7. Did you testify at the trial?
   Yes [ ] No [x]

8. Did you appeal from the judgment of conviction?
   Yes [x] No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: COURT OF APPEAL, FOURTH CIRCUIT, STATE OF LOUISIANA
   (b) Result:(REVERSED as to sufficiency of evidence, pretermited decision on other errors), writ was sought to the Louisiana Supreme Court by the State of Louisiana, which writ was granted, reversing decision on sufficiency of evidence but ordering remand to the Fourth Circuit as to other errors; The Fourth Circuit, initially, upon remand found no merit to other errors and affirmed conviction, but without particularizing its analysis as to Juluke; Rehearing was sought by, and granted to Juluke, but Fourth Circuit eventually affirmed conviction.
   (c) Date of result: 01/21/98 (original reversal by 4th Circuit); 01/27/99 (affirmed on remand); 04/30/99 (affirmed on rehearing); then La. Supreme Court denied certiorari on 10/15/99 (No. 99-K-1419).

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes [x] No [ ]

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court: CRIMINAL DISTRICT COURT, ORLEANS PARISH, STATE OF LOUISIANA
        (2) Nature of proceeding: POST CONVICTION RELIEF

        (3) Grounds raised:
            1. Newly discovered evidence establishing insufficiency of evidence.
            2. Right to an automatic reversal based on counsel's absence at a critical stage, to-wit: the suppression of identification hearing that took place on June 30, 1995 at which the sole eye-witness, Samuel Raiford, testified.
            3. Newly discovered evidence establishing ineffective assistance of counsel.
            4. Newly discovered evidence establishing that the State suppressed exculpatory/impeachment evidence.
            5. Due process violation resulting from denial of right to confront accusers and introduction of inadmissible hearsay.
            6. The piecemeal review received on direct appeal effected a deprivation of right to a full appeal (petitioner is entitled to have sufficiency of evidence adjudged on the basis of a record shorn of inadmissible and/or non-existent evidence; Also, harmless error analysis conducted on remand was obstructed because it followed state supreme court's finding that evidence was sufficient to convict, irrespective of merits of remanded issues)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes [X] No [ ]
(5) Result: POST CONVICTION RELIEF DENIED.
(6) Date of result: July 23, 2001

(b) As to any second petition, application or motion give the same information:
(1) Name of court: COURT OF APPEAL, FOURTH CIRCUIT, STATE OF LOUISIANA
(2) Nature of proceeding: APPLICATION FOR SUPERVISORY RELIEF

(3) Grounds raised:
1. Automatic reversal for absence of counsel
2. Ineffective counsel
3. Suggestive I.D./ confrontation rights
4. Suppression of Exculpatory/Impeachment Evidence
5. Insufficient evidence
6. Denial of appeal rights as a result of piece-meal review

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes [ ] No [X]
(5) Result: AFFIRMED DENIAL OF POST-CONVICTION RELIEF
(6) Date of result: 11/08/01

(c) As to any third petition, application or motion, give the same information:
(1) Name of court: LOUISIANA SUPREME COURT
(2) Nature of proceeding: APPLICATION FOR SUPERVISORY REVIEW

(3) Grounds raised: (SAME AS IN FOURTH CIRCUIT BELOW)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes [ ] No [x]
(5) Result:
(6) Date of result

  (d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
     (1) First petition, etc.      Yes [x]     No [ ]
     (2) Second petition, etc.     Yes [x]     No [ ]
     (3) Third petition, etc.      Yes [n/a]   No [n/a]
  (e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: __n/a_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

Caution: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.
  (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
  (d) Conviction obtained by use of evidence obtained pursuant an unlawful arrest.
  (e) Conviction obtained by a violation of the privilege against self-incrimination.
  (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
  (g) Conviction obtained by a violation of the protection against double jeopardy.
  (h) Conviction obtained by action of a grand or petit jury which was

   unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.
   A. Ground one: Absence of Counsel at Critical Stage_____

      Supporting FACTS (tell your story briefly without citing cases
      or law): __See attached Memorandum_____

   B. Ground two: ___Suggestive Identification Evidence Used to Obtain Conviction

      Supporting FACTS (tell your story briefly without citing cases
      or law): _See attached memorandum_____

   C. Ground three: ___Hearsay Evidence Impinging on Right of Cross-Examination, violation of Confrontation Clause and Due Process

      Supporting FACTS (tell your story briefly without citing cases
      or law): ____See attached memorandum_____

         D.       Ground   four:   ____Brady/  Giglio   Claims

      Supporting FACTS (tell your story briefly without citing cases
      or law): ____See attached memorandum_____

E.  Ground five: _____Insufficient Evidence and actual innocence_

   Supporting FACTS (tell your story briefly without citing cases or law): _____See attached memorandum_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____Not applicable_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes [ ] No [x]

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: Wade Kee, but he failed to appear for the Motion to Suppress Identification hearing at which the eye-witness testified and so petitioner was completed unrepresented for that hearing.
    (b) At arraignment and plea: Wade Kee

    (c) At trial: Wade Kee

    (d) At sentencing: Wade Kee

    (e) On appeal: Charmagne A. Padua

    (f) In any post-conviction proceeding: Charmagne A. Padua

    (g) On appeal from any adverse ruling in a post-conviction proceeding Charmagne A. Padua

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes [ ] No [x]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes [ ] No [x]
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    (b) And give date and length of sentence to be served in the future: ____
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

        Yes [ ] No [ ]

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_/s/_____
Signature of Attorney (if any)

CHARMAGNE A. PADUA 10272
SUTTERFIELD, WEBB, LLC
650 Poydras St., Suite 2715
New Orleans, LA 70130
Tel. 595-2715
Fax 504-529-7197
Email CPADUA@SWBLAW.COM

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____.
                                    (date)

_____
Signature of Petitioner

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]


DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS



_____
(Petitioner)

   v.


_____
(Respondent(s) )

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  Yes [ ] No [ ]
a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
_____ ___

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
_____ ___


2. Have you received within the past twelve months any money from any of the following sources?
a. Business, profession or form of self-employment?  Yes [ ] No [ ]

b. Rent payments, interest or dividends?  Yes [ ] No [ ]

c. Pensions, annuities or life insurance payments?  Yes [ ] No [ ]

d. Gifts or inheritances? Yes [ ] No [ ]

e. Any other sources? Yes [ ] No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. ___ ___ ___ ___ ___

3. Do you own cash, or do you have money in a checking or savings account?
Yes [ ] No [ ] (include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned. ___ ___ ___

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
Yes [ ] No [ ]
If the answer is "yes," describe the property and state its approximate value. ___ ___ ___

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
___ ___ ___

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____.
(date)

___

Signature of Petitioner


Certificate

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: ___ ___ ___ ___

_____

F:\DOCS\J1909-001\PLEADING\model form.28USC2254.wpd